No. 86–6876.   HARRISON *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 86–6882.   VESAY *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 86–6883.   MARTIN *v.* SEITER.   C. A. 6th Cir.   Certiorari denied.

No. 86–6885.   SCHMIDT *v.* SCHMIDT ET AL.   C. A. 10th Cir. Certiorari denied.

No. 86–6893.   SWINK *v.* CITY OF PAGEDALE ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 86–6898.   SPANN *v.* LeFEVRE, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 86–6918.   SHIBUYA *v.* COURT OF APPEALS OF NEW YORK. Ct. App. N. Y.   Certiorari denied.

No. 86–6926.   HEPPERLE *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 86–6927.   AARON *v.* ALABAMA.   Ct. Crim. App. Ala. Certiorari denied.

No. 86–6928.   TIMMONS *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 86–6939.   DAVIS *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 86–6940.   COGHLAN *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 86–6943.   JONES *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 86–6945.   CORDOBA *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 86–6961.   CONKLIN *v.* TARD ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 86–6962.   BUITRAGO *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.